```
                                        Derrick Thomas
                                        Reg. No.: 14578-014
         FILED                          F.C.I. Fort Dix
                                        Fort Dix, New Jersey 08640

      2005 MAY -9  A 10: 52             May 4, 2005

Clerk's Office
United States District Court
141 Church Street                                RECEIVED
New Haven, CT 06510
                                                MAY 0 6 2005

Re:  U.S. V. DERRICK THOMAS, #02cr59 (EBB)     U.S. DISTRICT COURT
                                                NEW HAVEN, CONN.
```

Dear Clerk;

On October 3, 2004, this Court construed a previous letter requesting the transcript in the above case as a motion for production of transcripts, which was denied without prejudice pending the Supreme Court's decision in <u>Booker</u>, as to the applicability of <u>Blakely</u> to the Federal Sentencing Guidelines. Based upon the <u>Booker</u> decision, I respectfully request that the Court order the production of my transcripts so that I may adequately prepare my motion to vacate.

Respectfully,

*Derrick Thomas*
Mr. Derrick Thomas