UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUN -1 A 7:49

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA  :

v.  :  3:02CR59(EBB)

DERRICK THOMAS  :

## RULING ON MOTION FOR SENTENCING TRANSCRIPT

Defendant has requested a transcript of his sentencing proceedings of October 28, 2002, to prepare a motion to vacate based on the Supreme Court's decision in United States v. Booker, ___ U.S. ___, 125 S. Ct. 738 (2005).

The Second Circuit Court of Appeals has ruled that Booker is not retroactive and does not apply to cases on collateral review where the defendant's conviction was final as of January 12, 2005. Guzman v. United States, 404 F.3d 139 (2005).

Accordingly, the court's granting of defendant's Motion for Sentencing Transcript [Doc. No. 31] is vacated as improvidently granted and the motion is denied.

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 31st day of May, 2005.

AO 72A
(Rev.8/82)